NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOLANGE G. DELMAR,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2025-1015

---

Petition for review of the Merit Systems Protection Board in No. NY-844E-24-0170-I-1.

---

**ON MOTION**

---

## O R D E R

Upon consideration of Solange G. Delmar's motion to voluntarily dismiss this petition for review and the Merit Systems Protection Board's response regarding the allocation of costs,

IT IS ORDERED THAT:

The motion is granted, and the petition is dismissed

2                                                              DELMAR v. MSPB

with each side to bear its own costs.  Fed. R. App. P. 42(b).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

<u>December 4, 2024</u>
      Date

ISSUED AS A MANDATE: <u>December 4, 2024</u>